(October 16, 1936.)

AMERICAN BULB COMPANY, INC., and Others, Appellants, v. WILLIAM SPIWAK and Another, Defendants, and POSWIL REALTY CORPORATION, Respondent.— Motion to resettle order of this court dated June 19, 1936, denied, without costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOHN T. BARTLEY, JAMES A. BARTLEY, WILLIAM J. BARTLEY and ROSE A. HAYES, Respondents, v. EDWARD L. BARTLEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Carswell, Davis, Johnston and Adel, JJ., concur; Lazansky, P. J., not voting.

COUNTY OF NASSAU, Plaintiff, v. CITY OF LONG BEACH, CHARLES GOLD and Others, Constituting the Council of the City of Long Beach, and Another, Respondents; ALVIN S. HUTCHINSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CHARLES J. FISHER, JR., by MARY E. FISHER, His Guardian ad Litem, Respondent, v. SAMUEL POTTER BARTLEY and HENRY W. DANGLER, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOSEPH FISHER, Appellant, v. LEHIGH AND NEW ENGLAND RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JAMES A. GILLIES and Others, Appellants, v. ORIENTA BEACH CLUB and ORIENTA REALTY CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOHN K. HETHERINGTON, as Trustee in Bankruptcy of STUYVESANT DISTILLING CORPORATION, Respondent, v. JOHN J. CUSICK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.